January 5, 2017

VIA ECF
<u>WITH COPY TO CHAMBERS BY EMAIL</u>

Honorable Richard J. Sullivan
United States District Judge
United States District Court for the
    Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007

        Re:  *Monahan v. Wal-Mart Stores, Inc.*, Case No. 16 Civ. 08662-RJS-DCF
            [Rel. Case No. 16 Civ. 06792-RJS-DCF]

Dear Judge Sullivan:

      The undersigned represent Plaintiff Dorothy Monahan and Defendant Wal-Mart Stores, Inc. ("Walmart") in the above-referenced matter. Walmart's current deadline to answer or otherwise respond to the complaint in this action is January 20, 2017. The Court's December 12, 2016 Order (the "December 12 Order") in the related case of *In re Welspun Litigation*, Case No. 16 Civ. 06792-RJS-DCF provided that "*Monahan* shall be coordinated for all pretrial purposes, including discovery and scheduling." In light of the Court's December 12 Order, Plaintiff and Walmart jointly request that Walmart's deadline to answer or otherwise respond to the *Monahan* complaint be adjourned until the time set forth in the December 12 Order for Welspun to answer or otherwise respond to the complaint in the consolidated *Welspun* action. Both Plaintiff and Walmart consent to this adjournment. Plaintiff and Walmart once previously requested an extension of Walmart's deadline to answer or otherwise respond to the complaint, and that request was granted by Magistrate Judge Debra Freeman.

The current requested adjournment does not affect other dates in this action, other than as set forth in the December 12 Order. We thank the Court for Your Honor's consideration of this request.

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: *Leonard W. Aragon* / BY NPCR WITH PERMISSION
Jason Zweig
555 Fifth Avenue, Suite 1700
New York, New York 10017
Telephone: (212) 752-5455
Fax: (212) 210-3980
jasonz@hbsslaw.com

Robert B. Carey (admitted *pro hac vice*)
Leonard W. Aragon (admitted *pro hac vice*)
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Fax: (602) 840-3012
rob@hbsslaw.com
leonard@hbsslaw.com

COHEN & GRESSER LLP

By:
Mark S. Cohen
Nathaniel P. T. Read
Luke M. Appling
800 Third Avenue, 21st Floor
New York, New York 10022
Telephone: (212) 957-7600
Fax: (212) 957-4514
mcohen@cohengresser.com
nread@cohengresser.com
lappling@cohengresser.com

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

THE PAYNTER LAW FIRM PLLC
Stuart M. Paynter
Jennifer L. Murray
1200 G Street NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 626-4486
Fax: (866) 734-0622
stuart@paynterlawfirm.com
jmurray@paynterlawfirm.com

*Attorneys for Plaintiff Dorothy Monahan*