UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOROTHY MONAHAN,

                Plaintiff,

-v-

WAL-MART STORES,

                Defendant.

No. 16-cv-8662 (RJS)
AMENDED ORDER OF REFERENCE

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Freeman for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_ Specific Non-Dispositive Motion/Disputes:

 X  Settlement: The parties shall contact Magistrate Judge Freeman at a time to be determined after the initial pretrial conference takes place.

\_\_ Inquest After Default/Damages Hearing

\_\_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
    Purpose:_____

\_\_ Habeas Corpus

\_\_ Social Security

\_\_ Dispositive Motions (*i.e.*, motion requiring Report and Recommendation)

SO ORDERED.

DATED:    January 25, 2017
                New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/17